UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br>DUSTIN ALEXANDER HITE<br><br><br>Debtor(s) | Bankruptcy Case No. 25-12361 MER<br><br>Chapter 13 |

### ORDER Allowing and approving fees and expenses for long form fee application

**McCune Legal**, as attorney for the debtor, is allowed a fee for services herein of $6,500 and reimbursement of out-of-pocket expenses of $200. Counsel received $3,083 prepetition. The remaining balance, $3,617, is payable out of plan payments.

DATED this 27th day of August, 2025.        BY THE COURT:

_____
Michael E. Romero
United States Bankruptcy Judge